IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ONESIMUS CHARLES SIMS and<br>FRANK JOHNSON, JR., | Case No.: 7:14-CR-34-HL |

### ORDER ON JOINT MOTION TO CONTINUE TRIAL

Defendants, Frank Johnson, Jr. and Onesimus Charles Sims, jointly with the government have moved the Court to continue this case to the next regularly scheduled term of Court for the Valdosta Division of this district. Defendants were just arraigned on October 9, 2014. Defense counsels needs additional time to review the discovery, meet with the defendants, conduct investigations, and engage in plea negotiations with the government. The Court finds that it is in the interests of justice to allow the Defendant a continuance and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the Joint Motion to Continue Trial [Doc. __] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this  16th  day of   October   2014.

 s/ Hugh Lawson 
Hugh Lawson
UNITED STATES DISTRICT COURT

Prepared by:
D. Nicole Williams
Attorney for Frank Johnson, Jr.
323 Pine Avenue Suite 203
Albany, GA 31701